IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN ALMONTE, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL. J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant | : | NO. 07-1680 |

## ORDER

**DAVIS, J.**

AND NOW, this 31st Day of December, 2007, upon consideration of the parties' cross-motions for summary judgment, and after careful review of th Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED THAT:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff'S Motion for Summary Judgment is GRANTED;

3. Defendant's Cross Motion for Summary Judgment is DENIED.

4. The case is REMANDED in accordance with the fourth sentence of 41 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Magistrate Linda K. Caracappa.

It is so ORDERED.

BY THE COURT:

/S/LEGROME D. DAVIS

**LEGROME D. DAVIS,       J.**